**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

R.S.,

        Respondent

          v.

T.T.,

        Petitioner

: No. 262 MAL 2015
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.